UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO: 19-MJ-060** |
| | : | |
| **HAROLD WRIGHT,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 2113(a) |
| Defendant. | : | (Bank Robbery) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 13, 2019, within the District of Columbia, **HAROLD WRIGHT**, by force, violence and intimidation did take or attempted to take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of the Suntrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:


FOREPERSON.

*Jessie K. Liu/DAB*
Attorney of the United States in
and for the District of Columbia.